# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY LOU FIENI,** : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 09-5587** |
| : | |
| **FRANCISCAN CARE CENTER,** : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 30th day of September 2011, upon consideration of Defendant Franciscan Care Center's Motion for Summary Judgment [Doc. No. 11], and all related briefing in opposition to and in support of that motion, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED in part and DENIED in part**, as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED** as to Count One of Plaintiff's Complaint, and as to Plaintiff's retaliation claims in Count Two.

2. Defendant's Motion for Summary Judgment is **DENIED** as to Plaintiff's disability discrimination claims in Count Two.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**Hon. CYNTHIA M. RUFE**
**United States District Judge**